```
 1  Kirsten A. Worley, Bar No. 222513
    kw@wlawcorp.com
 2  Worley Law, P.C.
    1572 Second Avenue
 3  San Diego, California 92101
    Telephone:  (619) 550-1004
 4  Facsimile:  (619) 550-1051

 5  Attorneys for Defendants
    LPP MORTGAGE LTD. and BEAL BANK
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EL CENTRO DIVISION

| | |
|---|---|
| MANUEL I. GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTC FINANCIAL, INC., CAL-WESTERN RECONVEYANCE LLC, LPP MORTGAGE LTD, FEDERAL DEPOSIT INSURANCE CORPORATION, BEAL BANK., and DOES 1 THROUGH 25 INCLUSIVE,<br><br>　　　　Defendants. | Case No. '17CV2586 DMS NLS<br><br>**NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT** |

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants LPP MORTGAGE LTD. and BEAL BANK, by and through its undersigned attorney of record, hereby requests removal of Case No.

ECU10111 from the Superior Court of the State of California, County of Imperial, ("State Action") to the United States District Court for the Southern District of California, El Centro Division.

## GROUNDS FOR REMOVAL

LPP MORTGAGE LTD. and BEAL BANK request removal of the State Action on the grounds of federal subject matter and federal question jurisdiction, pursuant to 28 U.S.C. § 1332, and pursuant to 28 U.S.C. § 1331, 1441, and 1446 and 12 U.S.C. § 1819(b). The Federal Deposit Insurance Corporation ("FDIC") is a party to the Action. Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending. 28 USC § 1441(a).

1. The State Action was commenced on or about November 6, 2017 in the Superior Court of the State of California, County of Imperial, and is currently pending in that court.

2. Defendants LPP MORTGAGE LTD. and BEAL BANK were each served with the summons and complaint in the State Action via process server on November 29, 2017. As a result, this Notice is within the 30-day time limit set forth by 28 U.S.C. § 1446(b).

3. Federal Courts have original jurisdiction in which the FDIC is a party even if only state law claims are asserted. 12 U.S.C. § 1819(b).

4. In addition to grounds under 12 U.S.C. § 1819(b), LPP MORTGAGE LTD. and BEAL BANK are informed and believes that this case is removable pursuant to 28 U.S.C. § 1441(b). The Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA") provides the FDIC, acting in its capacity as receiver, with authority to determine claims against a failed depository institution, Charter Bank, which is the original lender referenced in the subject loan in the Action filed by the Plaintiff. 12 U.S.C. § 1821(d)(3)(A). Congress created a claims process for the filing, consideration and determination of claims against insolvent banks. 12 U.S.C. § 1821(d)(3)-(10). Review of claims against a failed institution must be brought against the FDIC, if at all, solely in the United States District Court. 12 U.S.C. 1821(d)(6)(A). Indeed,

no court has jurisdiction over the claim until the claimant has exhausted the administrative process. *See* 12 U.S.C. § 1821(d)(13)(D).  Therefore, upon information and belief, this case involves claims over which the District Court has exclusive jurisdiction.

5. Pursuant to 28 U.S.C. § 1446(a), LPP MORTGAGE LTD. and BEAL BANK have attached as **Exhibit "1"** copies of all process, pleadings and orders in its possession served by or on LPP MORTGAGE LTD. and BEAL BANK in the State Court Action.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal with its attachments will be promptly served on all parties, and notice thereto will be filed with the clerk of the District Court for The Southern District of California.

Dated: December 29, 2017

Worley Law, P.C.

By: _____
Kirsten A. Worley
Attorneys for Defendants
LPP MORTGAGE LTD. and BEAL BANK